**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **RICKY W. J.,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-0024 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | Magistrate Judge Deavers |
| | : | |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the August 26, 2022 Order, the Court **GRANTED** the Joint Motion to Remand. This case is REMANDED to the Commissioner. Judgment entered in favor of Plaintiff. This case is CLOSED.

**Date:  August 26, 2022**                    **Richard W. Nagel, Clerk**

                                   ___s/Diane Stash_____
                                   Diane Stash/Deputy Clerk